| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____ Chapter __7__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1.** **Debtor's name**                **JUNIPER UNMANNED, INC.**

**2.** **All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3.** **Debtor's federal Employer Identification Number** (EIN)                **47-3486893**

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **701 S CARSON ST**<br>**SUITE  200**<br>**CARSON CITY, NV 89701**<br>Number, Street, City, State & ZIP Code | **3490 PARFET STREET**<br>**WHEAT RIDGE, CO 80033**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Carson City**<br>County | **Location of principal assets, if different from principal place of business**<br>**11035 DOVER STREET #1100 WESTMINSTER, CO 80021**<br>Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL)                **http://www.juniperunmanned.com**

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | JUNIPER UNMANNED, INC. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

6/03/25 11:06AM

Debtor    **JUNIPER UNMANNED, INC.**                              Case number (*if known*) _____
          _____
          Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |


---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

6/03/25 11:06AM

| Debtor | **JUNIPER UNMANNED, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  3, 2025**
                      MM / DD / YYYY

**X** **/s/ JEFF COZART**                                            **JEFF COZART**
Signature of authorized representative of debtor          Printed name

Title    **CHIEF EXECUTIVE OFFICER**

**18. Signature of attorney**

**X** **/s/ KEVIN A DARBY**                                   Date **June  3, 2025**
Signature of attorney for debtor                                    MM / DD / YYYY

**KEVIN A DARBY 7670**
Printed name

**DARBY LAW PRACTICE**
Firm name

**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
Number, Street, City, State & ZIP Code

Contact phone    **775.322.1237**          Email address    **kevin@darbylawpractice.com**

**7670 NV**
Bar number and State

6/03/25 11:06AM

**Fill in this information to identify the case:**

Debtor name    **JUNIPER UNMANNED, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  3, 2025**          X */s/ JEFF COZART*
                                                Signature of individual signing on behalf of debtor

                                                **JEFF COZART**
                                                Printed name

                                                **CHIEF EXECUTIVE OFFICER**
                                                Position or relationship to debtor

6/03/25 11:06AM

| Fill in this information to identify the case: |
|---|
| Debtor name    **JUNIPER UNMANNED, INC.** |
| United States Bankruptcy Court for the:    DISTRICT OF NEVADA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $ _____ **5,732,331.26**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $ _____ **5,732,331.26**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ **13,819,081.34**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ _____ **477,654.89**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ **550,584.75**

4.    Total liabilities ...................................................................................................................
    Lines 2 + 3a + 3b

$ **14,847,320.98**

6/03/25 11:06AM

**Fill in this information to identify the case:**

Debtor name    **JUNIPER UNMANNED, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **WELLS FARGO BANK, N.A.** | **CHECKING** | 6725 | $3,082.26 |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $3,082.26 |
|---|---|

**Part 2:        Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.        **Accounts receivable**

| 11a. 90 days old or less: | **15,000.00** | - | **0.00** | = .... | **$15,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

6/03/25 11:06AM

Debtor    **JUNIPER UNMANNED, INC.**                    Case number *(If known)* _____
Name

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $15,000.00 |
|---|---|

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** DESKS AND CHAIRS | $0.00 | | $500.00 |
| 40. | **Office fixtures** SHELVING AND STORAGE | $0.00 | | $500.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** COMPUTERS AND SERVERS | $0.00 | | $1,500.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $2,500.00 |
|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Debtor    **JUNIPER UNMANNED, INC.**    Case number *(If known)* _____
_____
Name

■ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **FORD F250 4WD XLT**<br>**VIN 1FT7W2B6XJEC6565491** | **$0.00** | Expert | **$23,500.00** |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| 49.1. **DRONE SYSTEMS AND AERIAL**<br>**SURVEY SENSORS** | **$0.00** | Liquidation | **$500,000.00** |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)** | | |

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$523,500.00** |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| **Part 9:** | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| **Part 10:** | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |

Debtor    **JUNIPER UNMANNED, INC.**                          Case number *(If known)* _____
             Name

| | | |
|---|---|---|
| **TRADE SECRETS INVOLVING DRONE BASED SURVEY METHODS** | **$0.00** | **Unknown** |

61.    **Internet domain names and websites**
        **JUNIPERUNMANNED.COM**                          **$0.00**                          **$1.00**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
        **GOVERNMENT ENTITY CUSTOMER LIST**             **$0.00**                  **$5,000,000.00**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | **$5,000,001.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

                                                                    **Current value of debtor's interest**

71.    **Notes receivable**
        Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

        **APPROVED EMPLOYEE RETENTION CREDIT**          Tax year **2020-2021**          **$188,248.00**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor      **JUNIPER UNMANNED, INC.**                                    Case number *(If known)* _____
              Name

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.     **Total of Part 11.**                                                                    | **$188,248.00** |

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor    **JUNIPER UNMANNED, INC.**
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,082.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $523,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,000,001.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $188,248.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,732,331.26 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,732,331.26 |

6/03/25 11:06AM

**Fill in this information to identify the case:**

Debtor name    **JUNIPER UNMANNED, INC.**

United States Bankruptcy Court for the:    **DISTRICT OF NEVADA**

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Charles Wesley** | Describe debtor's property that is subject to a lien | $36,611.73 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**ALL ASSETS OF DEBTOR WITH THE EXCEPTION OF DEBTOR'S EMPLOYEE RETENTION CREDIT**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/31/2023**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Craig Taylor** | Describe debtor's property that is subject to a lien | $30,509.77 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**11200 Sweet Ola Hwy
Sweet, ID 83670**

**ALL ASSETS OF DEBTOR WITH THE EXCEPTION OF DEBTOR'S EMPLOYEE RETENTION CREDIT**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/31/2023**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

6/03/25 11:06AM

Debtor    **JUNIPER UNMANNED, INC.**
_____
Name                                              Case number (if known) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Curt Cozart** | | | |
|---|---|---|---|---|

Creditor's Name

**3490 Parfet Street
Wheat Ridge, CO 80033**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
8/31/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**ALL ASSETS OF DEBTOR WITH THE EXCEPTION OF DEBTOR'S EMPLOYEE RETENTION CREDIT**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,203.91**    **$0.00**

---

| 2.4 | **Ed Meier** | | | |
|---|---|---|---|---|

Creditor's Name

**9345 South Silent Hills Drive
Lone Tree, CO 80124**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
8/31/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**ALL ASSETS OF DEBTOR WITH THE EXCEPTION OF DEBTOR'S EMPLOYEE RETENTION CREDIT**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$61,019.55**    **$0.00**

---

| 2.5 | **Jeff Cozart** | | | |
|---|---|---|---|---|

Creditor's Name

**3490 Parfet Street
Wheat Ridge, CO 80033**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**ALL ASSETS OF DEBTOR WITH THE EXCEPTION OF DEBTOR'S EMPLOYEE RETENTION CREDIT**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No

**$36,611.73**    **$0.00**

---

Debtor    **JUNIPER UNMANNED, INC.**                                      Case number (if known) _____

_____
Name

Creditor's email address, if known
_____

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**8/31/2023**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Leigh Severance** | **Describe debtor's property that is subject to a lien** | $24,407.82 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**14282 E Caley Ave**
**Aurora, CO 80016**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**ALL ASSETS OF DEBTOR WITH THE EXCEPTION OF DEBTOR'S EMPLOYEE RETENTION CREDIT**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/31/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **MARCorp UAS** | **Describe debtor's property that is subject to a lien** | $13,333,802.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Micael Fazio**
**18 W. 140 Butterfield Road, Suite 1180**
**Villa Park, IL 60181**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**ALL ASSETS OF DEBTOR WITH THE EXCEPTION OF DEBTOR'S EMPLOYEE RETENTION CREDIT**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/31/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **JUNIPER UNMANNED, INC.**

Case number *(if known)*

Name

---

| 2.8 | **Michael Fazio** | Describe debtor's property that is subject to a lien | $10,983.52 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**18 W. 140 Butterfield Road,
Suite 1180
Villa Park, IL 60181**

Creditor's mailing address

**ALL ASSETS OF DEBTOR WITH THE
EXCEPTION OF DEBTOR'S EMPLOYEE
RETENTION CREDIT**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/31/2023**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Steve O'Shaughnessy** | Describe debtor's property that is subject to a lien | $61,019.55 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1801 Broadway, Suite 1225
Denver, CO 80202**

Creditor's mailing address

**ALL ASSETS OF DEBTOR WITH THE
EXCEPTION OF DEBTOR'S EMPLOYEE
RETENTION CREDIT**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/31/2023**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Timothy Roorda** | Describe debtor's property that is subject to a lien | $18,305.86 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7675 W 24th Ave
Denver, CO 80214**

Creditor's mailing address

**ALL ASSETS OF DEBTOR WITH THE
EXCEPTION OF DEBTOR'S EMPLOYEE
RETENTION CREDIT**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/31/2023**
Last 4 digits of account number

---

6/03/25 11:06AM

Debtor **JUNIPER UNMANNED, INC.**
_____
Name

Case number (if known) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Tom Charles** | Describe debtor's property that is subject to a lien | $61,019.55 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **ALL ASSETS OF DEBTOR WITH THE EXCEPTION OF DEBTOR'S EMPLOYEE RETENTION CREDIT** | | |

**16387 W. 59th Place**
**Golden, CO 80403**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**8/31/2023**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **U.S. SMALL BUSINESS ADMINISTRATION** | Describe debtor's property that is subject to a lien | $108,178.53 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Substantially All Assets of Debtor (May Not Be Properly Perfected)** | | |

**OFFICE OF GENERAL COUSNEL**
**312 NORTH SPRING STREET, FLOOR 5**
**LOS ANGELES, CA 90012**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 3 | **Vincent Arloro** | Describe debtor's property that is subject to a lien | $24,407.82 | $0.00 |
|---|---|---|---|---|

Debtor   **JUNIPER UNMANNED, INC.**                                    Case number (if known) _____
              Name

| Creditor's Name | |
|---|---|

**879 Teller Lane**
**Westwood, NJ 07675**

Creditor's mailing address

**ALL ASSETS OF DEBTOR WITH THE**
**EXCEPTION OF DEBTOR'S EMPLOYEE**
**RETENTION CREDIT**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**
**8/31/2023**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$13,819,081.** |
                                                                                                                   | **34** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **UNITED STATES ATTORNEY**<br>**100 W. LIBERTY STREET #600**<br>**RENO, NV 89501** | Line   **2.12** | |

6/03/25 11:06AM

**Fill in this information to identify the case:**

Debtor name  **JUNIPER UNMANNED, INC.**

United States Bankruptcy Court for the:  **DISTRICT OF NEVADA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Anthony Chan**<br>**249-07 60th Avenue**<br>**Unit 332**<br>**Little Neck, NY 11362** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$150,000.00** | **$17,150.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Director's Compensation** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Caroline Charles**<br>**5725 Poppy Way**<br>**Golden, CO 80403** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27,381.21** | **$17,150.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **JUNIPER UNMANNED, INC.**                                   Case number (if known) _____
      Name

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,876.74 | $3,876.74 |
|---|---|---|---|---|
| | **Caroline Charles** | *Check all that apply.* | | |
| | **5725 Poppy Way** | ☐ Contingent | | |
| | **Golden, CO 80403** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued 401k Contributions** |

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,953.57 | $5,953.57 |
|---|---|---|---|---|
| | **Caroline Charles** | *Check all that apply.* | | |
| | **5725 Poppy Way** | ☐ Contingent | | |
| | **Golden, CO 80403** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued 401k Company Match** |

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,353.52 | $9,353.52 |
|---|---|---|---|---|
| | **Christian Rooney** | *Check all that apply.* | | |
| | **11453 Miro Circle** | ☐ Contingent | | |
| | **San Diego, CA 92131** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Commissions** |

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,190.76 | $17,150.00 |
|---|---|---|---|---|
| | **David White** | *Check all that apply.* | | |
| | **3447 Iris Ct** | ☐ Contingent | | |
| | **Boulder, CO 80304** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Commissions** |

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

6/03/25 11:06AM

Debtor  **JUNIPER UNMANNED, INC.**
_____
Name

Case number (if known) _____

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50,000.00** | **$17,150.00** |
|---|---|---|---|---|

**Gerald Adler**
**48 Wall Street**
**Suite 1100**
**New York, NY 10005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Director's Compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$210.00** | **$210.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 21126**
**DPN 781**
**Philadelphia, PA 19114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**940 Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$88,182.57** | **$17,150.00** |
|---|---|---|---|---|

**Jeff Cozart**
**3490 Parfet Street**
**Wheat Ridge, CO 80033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,770.78** | **$8,770.78** |
|---|---|---|---|---|

**Jeff Cozart**
**3490 Parfet Street**
**Wheat Ridge, CO 80033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued 401k Contributions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **JUNIPER UNMANNED, INC.**                                    Case number (if known) _____
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,385.39 | $4,385.39 |
|---|---|---|---|---|

**Jeff Cozart**
**3490 Parfet Street**
**Wheat Ridge, CO 80033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Accrued 401k Company Match**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,165.14 | $4,165.14 |
|---|---|---|---|---|

**State of Colorado**
**PO Box 17087**
**Denver, CO 80217-0087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Unemployment Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,185.21 | $52,185.21 |
|---|---|---|---|---|

**State of Colorado**
**PO Box 17087**
**Denver, CO 80217-0087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wage Withholding Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 | $17,150.00 |
|---|---|---|---|---|

**Timothy Roorda**
**7675 W 24th Ave**
**Denver, CO 80214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Director's Compensation**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor    **JUNIPER UNMANNED, INC.**
      Name                                         Case number *(if known)*

---

**3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,492.00**

American Electric Power
One Riverside Plaza
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Accident Remediation Costs

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,218.75**

Ascensus
200 Dryden Road, Suite 4000
Dresher, PA 19025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  401k Administration Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

AstraLite
20 Pocono Road
Brookfield, CT 06804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Equipment Rentals

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,238.40**

Bill Campbell
P.O. Box 5142
Eugene, OR 97405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Advisory Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295,698.00**

Breslow & Walker
100 Jericho Quadrangle
Jericho, NY 11753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Legal Fees and Costs

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$760.44**

Comcast Business
P.O. Box 60533
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Internet Service

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,270.44**

Concur
601 108th Ave NE, Suite 1000
Bellevue, WA 98004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

6/03/25 11:06AM

Debtor    **JUNIPER UNMANNED, INC.**
_____    Case number (if known) _____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Frank Lorenzo**
**7129 Cenrose Circle**
**Westwood, NJ 07675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advisory Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Geotech Environmental**
**2650 E. 40th Avenue**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,598.43 |
|---|---|---|---|

**Insight Designs**
**1919 14th Street, Ste 700**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Website Design Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,323.93 |
|---|---|---|---|

**Jeff Cozart**
**3490 Parfet Street**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursements**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Jobot**
**P.O. Box 1259**
**344 Main Street**
**Longmont, CO 80502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Recruiting Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.96 |
|---|---|---|---|

**Kansas Turnpike Authority**
**P.O. Box 803311**
**Kansas City, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Road Tolls**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,120.00 |
|---|---|---|---|

**Konica Minolta**
**555 St. Charles Drive, Suite 100**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Copier Lease Arrears**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

6/03/25 11:06AM

Debtor    **JUNIPER UNMANNED, INC.**                              Case number (if known)  _____
                Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**Moss Adams**
**675 15th Street**
**Suite 1900**
**Block 162**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Accounting Fees

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Phase One**
**11755 Airport Way**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Past Due Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,299.63 |
|---|---|---|---|

**PROFESSIONAL FINANCE COMPANY, INC.**
**5754 W. 11TH STREET, SUITE 100**
**Greeley, CO 80634-4809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,125.00 |
|---|---|---|---|

**Signiant**
**1 Hartwell Place**
**Lexington, MA 02421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,853.59 |
|---|---|---|---|

**Tarter Krinsky and Drogin**
**1350 Broadway**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Legal Fees and Costs

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,584.18 |
|---|---|---|---|

**TGRP**
**3279 S. Santa Fe Drive**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Accounting Fees

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Wolters Kluwer**
**P.O. Box 4349**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Registered Agent Services

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

---

Debtor    **JUNIPER UNMANNED, INC.**                                    Case number (*if known*) _____
                  Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $         477,654.89 |
| 5b. Total claims from Part 2 | 5b.  + | $         550,584.75 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $       1,028,239.64 |

6/03/25 11:06AM

**Fill in this information to identify the case:**

Debtor name   **JUNIPER UNMANNED, INC.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   _____

☐  Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **LEASE OF OFFICE SPACE** | |
|          State the term remaining    **7 Months** | |
|       List the contract number of any government contract   _____ | **Phase One<br>11755 Airport Way<br>Broomfield, CO 80021** |

6/03/25 11:06AM

**Fill in this information to identify the case:**

Debtor name    **JUNIPER UNMANNED, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                 *Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |

| Fill in this information to identify the case: |
| --- |

Debtor name    **JUNIPER UNMANNED, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$57,621.00** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$548,322.25** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$485,908.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
| --- | --- | --- | --- |

Debtor   **JUNIPER UNMANNED, INC.**                                             Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **State of Colorado**<br>**PO Box 17087**<br>**Denver, CO 80217-0087** | 5/22/25 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Taxes__ |
| 3.2. **Internal Revenue Service**<br>**P.O. Box 21126**<br>**DPN 781**<br>**Philadelphia, PA 19114** | 6/2/25 | $88,480.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Taxes__ |
| 3.3. **Colorado Family & Medical Leave Ins.** | 6/2/25 | $9,215.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Unemployment Taxes__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by state or federal agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

6/03/25 11:06AM

Debtor    **JUNIPER UNMANNED, INC.**                                         Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **CREDITORS ADJUSTMENT BUREAU**<br>**v.**<br>**JUNIPER UNMANNED, INC.** | **BREACH OF CONTRACT COLLECTION ACTION ON ADP DEBT** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **DARBY LAW PRACTICE**<br>**499 W. PLUMB LANE, SUITE 202**<br>**Reno, NV 89509** | | **5/30/2025** | **$25,000.00** |
| **Email or website address**<br>**kevin@darbylawpractice.com** | | | |
| **Who made the payment, if not debtor?** | | | |

6/03/25 11:06AM

Debtor    JUNIPER UNMANNED, INC.    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | RICHMOND BUSINESS ADVISORS 365 DR. MARTIN LUTHER KING JR. DRIVE NORWALK, CT 06854 | | | $4,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | PROFESSIONAL BOOKKEEPING | | | $325.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | 15000 W. 6th Avenue, Suite 330 Golden, CO 80401 | 3/1/2018-3/1/2022 |
| 14.2. | 2650 E. 40th Avenue Denver, CO 80205 | 3/1/2022-12/1/2024 |

6/03/25 11:06AM

Debtor     **JUNIPER UNMANNED, INC.**                                    Case number *(if known)* _____

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.3. | **3490 Perfect Street** **Wheat Ridge, CO 80033** | **4/3/2025-PRESENT** |

**Part 8:** **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor     **JUNIPER UNMANNED, INC.** _____     Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

Debtor    **JUNIPER UNMANNED, INC.**                                              Case number *(if known)*

---

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

      ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Richmond Business Advisors** **David Kass** **One Hawthorne Lane** **Westport, CT 06880** | 9/16/2023 - 5/19/2025 |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

      ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

      ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Richmond Business Advisors** **David Kass** **One Hawthorne Lane** **Westport, CT 06880** | |
| 26c.2. **C2 Bookkeeping** **Cyndi Menard** **7345S. Pierce St., Suite 202I** **Littleton, CO 80182** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

      ☐ None

| Name and address |
|---|
| 26d.1. **MARCorp Financial, Michael Fazio** **18 W. 140 Butterfield Road, Suite 1180** **Villa Park, IL 60181** |

27. **Inventories**

    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No

    ■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Jack Davis** | | |

| Name and address of the person who has possession of inventory records |
|---|
| **Jack Davis** **2650 E. 40TH AVE** **DENVER, CO 80205** |

---

Debtor     JUNIPER UNMANNED, INC.                                     Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | Noah Coleman | | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Noah Coleman<br>2650 E. 40TH AVE<br>DENVER, CO 80205 |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Cozart | 3490 Parfet Street<br>Wheat Ridge, CO 80033 | CEO/Chairman of the Board | |
| Anthony Chan | 249-07 60th Avenue<br>Unit 332<br>Little Neck, NY 11362 | Director | |
| Timothy Roorda | 7675 W 24th Ave<br>Denver, CO 80214 | Director | |
| Gerald Adler | 48 Wall Street<br>Suite 1100<br>New York, NY 10005 | Director | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jeff McCoy | 18 W. 140 Butterfield Road, Suite 1180<br>Villa Park, IL 60181 | Director | 3/15/2018-2/22/2019 |
| Bill Ernstrom | 17550 W. 54th Place<br>Golden, CO 80403 | Director | 3/15/2018-8/30/2021 |
| Howard Stevenson | 10057 S. Shadow Hill Drive<br>Lone Tree, CO 80124 | Director | 10/1/2021-3/11/2022 |

Debtor    **JUNIPER UNMANNED, INC.**                              Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Cary Sucoff | 2155 So Ocean Blvd<br>Delray Beach, FL 33483 | Director | 10/1/2021-3/22/202 0 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David White | 3447 Iris Ct<br>Boulder, CO 80304 | Director | 3/17/2015-3/20/202 2 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Fazio | 18 W. 140 Butterfield Road, Suite 1180<br>Villa Park, IL 60181 | Director | 2/22/2019-9/26/202 2 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David Kass | 1 Hawthorne Lane<br>Westport, CT 06880 | Director | 10/1/2021-8/10/202 3 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

6/03/25 11:06AM

Debtor    **JUNIPER UNMANNED, INC.**                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  3, 2025**

**/s/ JEFF COZART**                                              **JEFF COZART**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CHIEF EXECUTIVE OFFICER**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **10**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re   **JUNIPER UNMANNED, INC.**

Case No. _____

Debtor(s)

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept | $ 25,000.00 |
| Prior to the filing of this statement I have received | $ 25,000.00 |
| Balance Due | $ 0.00 |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  3, 2025**

*Date*

**/s/ KEVIN A DARBY**

**KEVIN A DARBY 7670**

*Signature of Attorney*

**DARBY LAW PRACTICE**
**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
**775.322.1237  Fax: 775.996.7290**
**kevin@darbylawpractice.com**

*Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re    **JUNIPER UNMANNED, INC.**                                         Case No.

                                                Debtor(s)          Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CHIEF EXECUTIVE OFFICER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June  3, 2025**                            **/s/ JEFF COZART**
                                    **JEFF COZART**/**CHIEF EXECUTIVE OFFICER**
                                    Signer/Title

JUNIPER UNMANNED, INC.
3490 PARFET STREET
WHEAT RIDGE, CO 80033

KEVIN A DARBY
DARBY LAW PRACTICE
499 W. PLUMB LANE, SUITE 202
Reno, NV 89509

American Electric Power
One Riverside Plaza
Columbus, OH 43215

Anthony Chan
249-07 60th Avenue
Unit 332
Little Neck, NY 11362

Ascensus
200 Dryden Road, Suite 4000
Dresher, PA 19025

AstraLite
20 Pocono Road
Brookfield, CT 06804

Bill Campbell
P.O. Box 5142
Eugene, OR 97405

Breslow & Walker
100 Jericho Quadrangle
Jericho, NY 11753

Caroline Charles
5725 Poppy Way
Golden, CO 80403

Charles Wesley

Christian Rooney
11453 Miro Circle
San Diego, CA 92131

Comcast Business
P.O. Box 60533
City of Industry, CA 91716

Concur
601 108th Ave NE, Suite 1000
Bellevue, WA 98004

Craig Taylor
11200 Sweet Ola Hwy
Sweet, ID 83670

Curt Cozart
3490 Parfet Street
Wheat Ridge, CO 80033

David White
3447 Iris Ct
Boulder, CO 80304

Ed Meier
9345 South Silent Hills Drive
Lone Tree, CO 80124

Frank Lorenzo
7129 Cenrose Circle
Westwood, NJ 07675

Geotech Environmental
2650 E. 40th Avenue
Denver, CO 80205

Gerald Adler
48 Wall Street
Suite 1100
New York, NY 10005

Insight Designs
1919 14th Street, Ste 700
Boulder, CO 80302

Internal Revenue Service
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Jeff Cozart
3490 Parfet Street
Wheat Ridge, CO 80033

Jobot
P.O. Box 1259
344 Main Street
Longmont, CO 80502

Kansas Turnpike Authority
P.O. Box 803311
Kansas City, MO 64180

Konica Minolta
555 St. Charles Drive, Suite 100
Thousand Oaks, CA 91360

Leigh Severance
14282 E Caley Ave
Aurora, CO 80016

MARCorp UAS
Attn: Micael Fazio
18 W. 140 Butterfield Road, Suite 1180
Villa Park, IL 60181

Michael Fazio
18 W. 140 Butterfield Road, Suite 1180
Villa Park, IL 60181

Moss Adams
675 15th Street
Suite 1900
Block 162
Denver, CO 80202

Phase One
11755 Airport Way
Broomfield, CO 80021

PROFESSIONAL FINANCE COMPANY, INC.
5754 W. 11TH STREET, SUITE 100
Greeley, CO 80634-4809

Signiant
1 Hartwell Place
Lexington, MA 02421

State of Colorado
PO Box 17087
Denver, CO 80217-0087

Steve O'Shaughnessy
1801 Broadway, Suite 1225
Denver, CO 80202

Tarter Krinsky and Drogin
1350 Broadway
New York, NY 10018

TGRP
3279 S. Santa Fe Drive
Englewood, CO 80110

Timothy Roorda
7675 W 24th Ave
Denver, CO 80214

Tom Charles
16387 W. 59th Place
Golden, CO 80403

U.S. SMALL BUSINESS ADMINISTRATION
OFFICE OF GENERAL COUSNEL
312 NORTH SPRING STREET, FLOOR 5
LOS ANGELES, CA 90012

UNITED STATES ATTORNEY
100 W. LIBERTY STREET #600
RENO, NV 89501

Vincent Arloro
879 Teller Lane
Westwood, NJ 07675

Wolters Kluwer
P.O. Box 4349
Carol Stream, IL 60197

# United States Bankruptcy Court
### District of Nevada

In re  __JUNIPER UNMANNED, INC.__

Debtor(s)

Case No.  _____

Chapter  __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __JUNIPER UNMANNED, INC.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June  3, 2025__

Date

**/s/ KEVIN A DARBY**

**KEVIN A DARBY 7670**

Signature of Attorney or Litigant

Counsel for  __JUNIPER UNMANNED, INC.__

**DARBY LAW PRACTICE**

**499 W. PLUMB LANE, SUITE 202**

**Reno, NV 89509**

**775.322.1237 Fax:775.996.7290**

**kevin@darbylawpractice.com**