KEVIN A. DARBY, NVSB# 7670
TRICIA M. DARBY, NVSB# 7959
DARBY LAW PRACTICE, LTD.
499 W. Plumb Lane, Suite 202
Reno, Nevada 89509
Telephone: 775.322.1237
Facsimile:  775.996.7290
kevin@darbylawpractice.com
tricia@darbylawpractice.com

Attorneys for Debtor/Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.:   BK-N-25-50509-hlb |
| | Chapter 7 |
| JUNIPER UNMANNED, INC., | **RESOLUTION OF BOARD OF DIRECTORS AUTHORIZING BANKRUPTCY FILING** |
| Debtor. | |
| _____/ | |

## Resolution of the Board of Directors of Juniper Unmanned, Inc.
### Adopted by Unanimous Consent

The undersigned, being all of the members of the Board of Directors (the "Board") of Juniper Unmanned, Inc., a Nevada corporation (the "Company"), hereby adopt the following resolutions by unanimous written consent pursuant to the Nevada Revised Statutes and the Company's Bylaws:

WHEREAS, the Board has reviewed and considered the financial condition of this Company, including its liabilities, assets, and ongoing business prospects; and

WHEREAS, he Board has determined that it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Bankruptcy Code;

BE IT THEREFORE RESOLVED, that Jeff Cozart, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

BE IT FURTHER RESOLVED, that Jeff Cozart, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

BE IT FURTHER RESOLVED, that Jeff Cozart, President of this Corporation is authorized and directed to employ Kevin A Darby 7670, attorney, and the law firm of Darby Law Practice to represent the corporation in such bankruptcy case.

BE IT FURTHER RESOLVED, that the CEO is hereby authorized to pay such retainers, fees, and expenses as may be required by Darby Law Practice for its representation of the Company, subject to approval by the Bankruptcy Court if applicable, and to allocate and expend such corporate funds as necessary for the bankruptcy proceeding;

BE IT FURTHER RESOLVED, that this Unanimous Written Consent may be executed in counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same instrument, and may be delivered by electronic transmission.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of Juniper Unmanned, Inc., have executed this Unanimous Written Consent as of the date set forth below.

Signed: _/s/ Jeff Cozart_ _____ Dated: 5/15/2025
Jeff Cozart, Chairman of the Board

Signed: _/s/ GERALD ADLER_ _____ Dated: 5/15/2025
Gerald Adler, Director

Signed: _/s/ Anthony S. Chan_ _____ Dated: 5/15/2025
Anthony Chan, Director

Signed: _/s/ Tim Roorda_ _____ Dated: 5/14/2025
Tim Roorda, Director