*[signature]*
_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge



Entered on Docket
October 07, 2025

_____

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Case No.: 25-50509-hlb |
|---|---|
| JUNIPER UNMANNED, INC., | (Chapter 7) |
| Debtor. | ORDER AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS AND ENCUMBRANCES, AND GRANTING RELATED RELIEF |
| | Hearing Date:<br>Hearing Time: |

Christina Lovato, Chapter 7 trustee ("Trustee"), filed her Motion for an Order Authorizing Sale Of Assets Free And Clear Of Liens And Encumbrances, And Granting Related Relief [ECF No. 31]. The Court considered the Motion, together with the supporting Declaration of Christina Lovato [ECF NO. 32]. The Court has also taken judicial notice of the papers on file in this chapter 7 case. Notice of hearing on the Motion was proper, proof having been provided as set forth in the Certificate Of Service [ECF No. 36]. No objections to the Trustee's Motion were filed with the Clerk of the Court.

1

Based upon the record and good cause appearing,

**IT IS ORDERED** that the Trustee's Motion For Order Authorizing Sale Of Assets Free And Clear Of Liens And Encumbrances, And Granting Related Relief is granted;

**IT IS FURTHER ORDERED** that the Trustee is authorized to sell the Estate's personal and any intellectual property assets, free and clear of all liens (statutory or otherwise), claims, interests, and encumbrances of every kind and nature to AeroIntel Systems, Inc. (the "Buyer"), according to the terms set forth in the Motion and the Asset Purchase Agreement attached as Exhibit 1 to the supporting declaration of Christina Lovato [ECF No. 32-1];

**IT IS FURTHER ORDERED** that the purchase price consists of: (i) cash in the amount of $50,000.00 for distribution to Estate creditors; (ii) resolution by AeroIntel of the claim filed by the Small Business Administration, and (iii) subordination of MARCorp's outstanding Secured Obligations to allowed administrative expenses and allowed priority claim;

**IT IS FURTHER ORDERED** that as part of this transaction, Claim 13 filed by the U.S. Small Business Administration ("SBA") will be resolved;

**IT IS FURTHER ORDERED** that, as authorized by F.R.Bankr.P. 6004(f)(2), the Trustee is authorized to take such steps as may be necessary to prepare and execute bills of sale to transfer title free and clear of liens; and

**IT IS FINALLY ORDERED** that the 14 day stay requirement of F.R.Bankr.P. 6004(h) is waived.

Submitted by:

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq., Attorney for
Christina Lovato, Trustee

**APPROVED**

**KAEMPFER CROWELL**

*/s/ Louis M. Bubala III*
Louis M. Bubala III, Attorneys for
Interested Party AeroIntel Systems, Inc. and
Creditor MARCorp UAS, LLC

### # #